

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable E. Y. Cunningham
County Auditor
Navarro County
Corsicana, Texas

Dear Sir:

Opinion No. O-2987
Re: Are the county commissioners
entitled to make bills and
spend money in December and
pay them out of the 1941
budget?

Your letter of November 27th, requesting an opinion
of this department, reads in part as follows:

"We are operating our county on the budget
basis, the date of which is from January 1st, to
December 31st., of each year. We have two com-
missioners who are out of the budget in the Road
and Bridge Fund. They claim they should be en-
titled to go back to work December 1st and that
the bills and expenses made during December would
be carried forward to January. Now as January 1st,
is the beginning of the new budget any claims paid
in January would have to be charged to the 1941
budget.

"Are these commissioners entitled to make bills
and spend money in December and pay them out of the
1941 budget? These same commissioners are now en-
tirely out of budget set up for 1940. January 1st,
will start the new budget. They claim they are en-
titled to work during the month of December and
charge same up to the 1941 budget. Do they have
this right or not?"

Article 689a-11, Vernon's Annotated Civil Statutes,
provides in part as follows:

"* * * * When the budget has been finally approved
by the Commissioners' Court, the budget, as approved by

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable E. Y. Cunningham, page 2

the Court shall be filed with the Clerk of the County
Court, and taxes levied only in accordance therewith,
and no expenditure of the funds of the county shall
thereafter be made except in strict compliance with
the budget as adopted by the Court.  Except that
emergency expenditures, in case of grave public neces-
sity, to meet unusual and unforeseen conditions which
could not, by reasonably diligent thought and attention,
have been included in the original budget, may from
time to time be authorized by the Court as amendments
to the original budget.  In all cases where such amend-
ment to the original budget is made, a copy of the or-
der of the Court amending the budget shall be filed with
the Clerk of the County Court, and attached to the bud-
get originally adopted."

We held in our Opinion O-1058, Attorney General's Annual
Report for 1939, page 282, that after the county budget has been
finally approved by the commissioners' court, the commissioners'
court would not be authorized to amend the original budget, unless
the expenditures set out in the amendment to the budget were emer-
gency expenditures and were caused and necessitated by a grave
public necessity to meet unusual and unforeseen conditions which
could not, by reasonably diligent thought and attention, have
been included in the original budget.

It will be noted that Article 689a-20, providing that
nothing in the act shall be construed to prevent the commissioners'
court from making changes in the budget for county purposes, does
not authorize the commissioners' court to increase its budget,
and any amendment or change made must be made under the provi-
sions of Article 689a-11, supra.

We assume from your letter that the budget has not
been amended in accordance with the provisions of the article
first above quoted.  Presuming that each commissioner is author-
ized to expend, in carrying on the work in his precinct, the
amount alloted and set up in the original budget for such pur-
poses, his authority does not extend to effectuating expenditures
beyond such amounts so fixed unless pursuant to an amendment
adopted under the provisions of the budget law.

Honorable E. Y. Cunningham, page 3


It is therefore the opinion of this department that the county commissioners are not authorized to incur bills for the expenditure of county funds in December of 1940 in excess of the 1940 budget or amendments made thereto by the commissioners' court.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Wm. J. R. King
Assistant

WJRK:EP

APPROVED DEC 18, 1940

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN